Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi
### Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 23 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

Sarah Anne Cavallero
            Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Golden Nugget Casino - Biloxi
Tracy Bourgeois
Landry's, Inc.
            Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. 1:25cv148 HSO-BWR
) (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one) ☑ Yes ☐ No
)

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sarah Cavallero
   Street Address: 210 2nd Ave #206
   City and County: Long Beach   Harrison
   State and Zip Code: MS 39560
   Telephone Number: 541-901-1924
   E-mail Address: sarah.cavallero@yahoo.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Golden Nugget Casino - Biloxi
  Job or Title (if known):
  Street Address: 151 Beach Blvd
  City and County: Biloxi  Harrison
  State and Zip Code: MS  39530
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Tracy Bourgeois
  Job or Title (if known): Assoc. Dir of Legal Affairs - HR
  Street Address: 1510 W Loop South
  City and County: Houston
  State and Zip Code: TX  77027
  Telephone Number: 832-580-3358 · (346)523-2319
  E-mail Address (if known): Tbourgeois@ldry.com

Defendant No. 3
  Name: Landry's Inc.
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
- Section 704(a) of Title VII
- Section 4(d) of the ADEA
- Section 503(a) of the ADA
- Section 207(f) of GINA
- Section 503(b) of the ADA

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While I was employed @ the Golden Nugget-Biloxi I was sexually harrased. I went to Human Resources and was told by P. Clark, G. Montague, Sidney Thatcher that "this did not happen, your lying, this will be kept confidential, you've lost all credibility with me, I was offered a counseling phamplet and was told "call them, they'll keep things confidential there, get some help." Several meetings took place w/ HR @ the Golden Nugget-Biloxi while I was employed, my bosses Scott Chisom, sexually harrased me brushing my legs (see attachment)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am entitled to compensation because I went through the "chain of command." I was not given any written warnings or write-ups stating that I was not doing my job properly. I was denied shifts and fired ~~to SAFF~~ because I reported sexual harrasment. The compensation amount will be computed with my attorney as soon as I find one - God willing.

Sarah Cavaliero
docket #  _____

Statement of Claim (continue)

III. While reaching under the table, brushing against my arms while changing ashtrays in November 2023, he did this so many times I started watching for him so I could get out of his way. December 2023 I spoke up. On the 8th he rubbed my breast @ the podium. December 9th he walked into my hand while I was dealing Roulette. Dec. 21st I finally said, "excuse yourself I will get out of your way." He had walked up from behind me while I was speaking to Assist. Shift "Mikey." — Scott started mess up again in March 2024. I reported the incident to my shift boss P. Foster, who reported to HR. — Things (my reports) did not stay confidential because other bosses started tacking me and would say (tone) "it was my suit coat" said the words Scott Chisom had replied. Golden Nugget -Biloxi Human resources did not believe me, they made me go to another shift, I was told by N. McCutchen, "I did not know how to deal, and I was a liability to the company." She suggested training, P. Clark (HR) told me back, I was not fired but "turn in your uniforms, I will get back to you." Surveillance @ the Golden Nugget -Biloxi, P. Clark (HR) according to N. McCutchen is who fired me. I was denied shifts, wrongfully terminated without having write ups stacked up.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 22, 2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Sarah Cavaltero

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: